MARY CONNOLLY, petitioner-respondent,

*v.*

GUARDIAN CASUALTY INSURANCE COMPANY OF BUFFALO, NEW YORK, defendant-appellant.

[Submitted October 28th, 1933. Decided January 5th, 1934.]

*Messrs. Collins & Corbin* (*Edward A. Markley,* of counsel), for the appellant.

*Mr. Mario Turtur* (*Fred E. Shepard,* of counsel), for the respondent.

PER CURIAM.

We affirm the opinion below for the reasons given by Vice-Chancellor Fallon in his opinion. We have nothing to add excepting this: We have examined the contention of the appellant that "the counsel fee allowed to counsel for the respondent is excessive." We think it is not. It was $250, and in the circumstances disclosed by the record was quite justified. The respondent is entitled to costs in this court.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.